FILED - USDC -NH
2024 NOV 8 PM 12:43

Office of the Clerk of Court
United States District Court for the
District of New Hampshire
Warren B. Rudman United States Courthouse
55 Pleasant Street- Room 110
Concord, New Hampshire  03301-3941

Dear Clerk of Court:

                                                                 November 05, 2024

  Enclosed is an affidavit of truth for Sui Juris, Attachment for Motion/Affidavit to proceed in forma pauperis with partial payment of fees, and an agreement to send the rest in payments by VIA His wife. through Postal Mail of the United States.  A pleading to expidite Releif on Allegation One, and Demand for Jury Trial and One Original and Two Copies of Complaint under the Civil Rights Act, 42 U.S.C. § 1983.  Please process them. Thank you for your Service.

*Timothy Dupont* (signature)
Timothy Dupont #74577

N.H.S.P. Concord- Men
P.O. Box 14
Concord, New Hampshire 03302-0014